ROBERT HENRY THORBURN, Appellant, v. AUGUSTINE L. HUMES and Another, as Executors, etc., of DELLORA R. GATES, Deceased, and Others, Respondents, Impleaded with FIRST NATIONAL BANK OF PORT ARTHUR, TEXAS, as Administrator, etc., of JOHN W. GATES, Deceased, and Others,

Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion.  Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.